EMB

# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## INFORMAL BRIEF

No. 21-7153,    US v. Joseph Guadagnoli
                8:13-cr-00363-DKC-1

RECEIVED

2021 SEP 13 PM 3:34

U.S. COURT OF APPEALS
FOURTH CIRCUIT

## 1. Declaration of Inmate Filing

An inmate's notice of appeal is timely if it was deposited in the institution's internal mail system, with postage prepaid, on or before the last day for filing. Timely filing may be shown by:

- a postmark or date stamp showing that the notice of appeal was timely deposited in the institution's internal mail system, with postage prepaid, or
- a declaration of the inmate, under penalty of perjury, of the date on which the notice of appeal was deposited in the institution's internal mail system with postage prepaid. To include a declaration of inmate filing as part of your informal brief, complete and sign the declaration below:

---

**Declaration of Inmate Filing**

Date NOTICE OF APPEAL deposited in institution's mail system: 9 10 2021

I am an inmate confined in an institution and deposited my notice of appeal in the institution's internal mail system. First-class postage was prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Signature: _Guadagnol 57064037_    Date: 9 10 2021

[**Note to inmate filers**: If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii).]

---

## 2. Jurisdiction

Name of court or agency from which review is sought: ~~[struck through]~~

US DISTRICT COURT GREENBELT MARYLAND

Date(s) of order or orders for which review is sought:

July-19-2021

## 3. Issues for Review

Use the following spaces to set forth the facts and argument in support of the issues you wish the Court of Appeals to consider. The parties may cite case law, but citations are not required.

**Issue 1.**

**4. Relief Requested**

Identify the precise action you want the Court of Appeals to take:

Resentence Defendant to Time Served
With 5 Years Supervision.

**5. Prior appeals (for appellants only)**

A. Have you filed other cases in this court? Yes [✓] No [ ]

B. If you checked YES, what are the case names and docket numbers for those appeals and what was the ultimate disposition of each?

4th Circuit Court     0:20-2244-0044l     Filed Sept 18 2020
of Appeals                    Denied

Guadagnoli 57064037

Signature

[Notarization Not Required]

Joseph Guadagnoli

[Please Print Your Name Here]

**CERTIFICATE OF SERVICE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I certify that on 9/10/21 I served a copy of this Informal Brief on all parties, addressed as shown below:

Clerk
US Court of Appeals Fourth Circuit
1100 East Main St, 5th Floor
Richmond, VA 23219

Signature

**NO STAPLES, TAPE OR BINDING PLEASE**

| UNITED STATES<br><br>V.<br><br>Joseph Guadagnoli | No. 21-7153.<br><br>8:13-CR-00363 DKC-1 |

### INFORMAL BRIEF
### MEMORANDUM

Respectfully, Joseph Guadagnoli comes Pro-se before the Court to plead the following, assuming of course that the court has reviewed all of the previous and pertinent information concerning this case.

In Denying my motion for compassionate release I believe the District Court overlooked my primary issue and foundation or "Extraodinary and compelling" reason while addressing some supporting factors that made up the larger picture. It is my sincere hope that this memorandum will move the court and shed light on the circumstances that effect me as a human that deserves this courts compassion.

I am not schooled in the art of Law and will rely on some of the expertise lent by Counsel Sicilia Englert in my earlier motions. I will attempt to keep this brief as I feel that the issues have been competently covered by her, however the issues of main concern seemed to have been overlooked or not addressed in the District Courts decision, to whit; the courts opinions in cases such as "US v. Green" (TDC-10-761 2020 US Dist. Lexis 99129, D. MD. June 4 2020) "Pandemic has sufficiently increased the severity of the sentence beyond what was originally anticipated such that the purposes of sentencing are fully

met even with the proposed reduction" US. V. PARK No. 16-CR-00473, 456 F. Supp 3d 557, 2020 (SDNY Apr 24 2020) noting that a sentence "that was sufficient but not greater than necessary" may now, in light of Covid-19 become "one immeasurably greater than necessary" US v. Kibble" 922 F.3d 326 334 (4th Cir 2021) "There is good reason to believe that, in some cases, a sentence that was sufficient but not greater than necessary before the coronavirus pandemic may no longer meet that criteria, a day in prison under the current conditions is a qualitatively different type of punishment than one day in prison used to be. In these times, drastically different" (Id. At 335 Gregory, C.J. Concurring) as well as "US v. Hatcher", No 18-CR-454-10 KPF (SDNY. April 19 2021) granting compassionate release to a prisoner who was vaccinated against Covid-19, because the harsh conditions of incarceration during the Covid-19 pandemic - including lack of mental health care and drug abuse treatment - constitute "extraordinary and compelling" reasons for compassionate release.

The BOP no longer serves in it's capacity as an institution of growth and it's severity has become an impediment to the goals of rehabilitation. This sentence has become excessive and exceeds the sentence imposed in terms of punitative measures while diminishing the opportunities for good health, education, personal growth, drug abuse programming and meritorious promotion within the system and movement to "lower" facilities that allow better opportinuties for advancement and growth.

While the government holds that my 11(c) pleal is a just and binding contract, I might suggest that the

Altered Environment, The "Lockdowns" Staff Shortages and Lack of Benificial program begs the Reexamination of the Previous Terms. With All Due Respect.

My health continues to Deteriorate, The First 16 months of Lockdown, before The Advent of Vaccines I was Neglected by Medical Staff Fearful of Interactions with Inmates, as Evidenced by the Gap in Care Reflected in my Medical Records This Neglect had a Disasterous effect on my Physical Health, Although Things have somewhat improved as far as Attention goes, it is Very Difficult at my Age (50) to Reverse These Accumulated Issues. When my Motion was heard by The District Court The Covid Situation was improving. Vaccines were Available and The Number of Deaths were Declining, it was a Time of hope. Unfortunatly This Pandemic waxes and wanes and as I write This Appeal there is a surge in the Delta Variant as well as an uptick in Appeance of New Strains. We are being warned of Another Horror show, Mostly Among the Unvaccinated This however does not mean that I will not be effected as a large Percentage of Bop Staff still Refuse to Accept a Free, Safe Vaccine. I can Expect to have my Schedule and Life interrupted once more with Cell Isolation, Poor Food and No hope of Programming Due to Staff Shortages and Saftey measures. This Pandemic has So many Collateral Ills, it is Not Limited to Destroying Thoes who are Infected. A Person Who is as Vulnerable and Dependant as I am can Avoid The Virus, yet still suffer immensely.

I Requested Copies of my Medical Records From Jan. 2021 up until the Present so that I might show That my Situation has Not improved I was told it would be months before I Recieved Them.

I Did, However Photocopy a Perscription Label for Medication I was Recently issued. As this is a form of medical Record, I hope the Court will Also consider this Newly Developed Ailment (See Attachment I)

As I was Allowed more Recreation time outside I took to walking Laps in hopes of shedding some of this excessive weight. I began experiencing incredible pain in my Right foot. Blood tests were done and it was Determined that I have "Gout" a syndrome that is brought about by obesity, Sedentary Lifestyle (lockdown) and Poor Diet - This condition is very painful and Hampers my Ability to exercize, lose weight and become more healthy. It is painfully obvious to me that I am Trapped in a Negative feedback loop where problems create problems and Ailments snowball, at this point Covid-19 is not as frightening to me as the Deterioration that I am experiencing.

I am blessed to have an Amazing support group of friends and Family that are willing to ensure my successful transition with housing, transportation, employment, counseling and medical care. Not only is this far superior to the lives I see others going home to, it is undeniably the best opportunity I have ever had in my life.

Reading my PSR you will note that I had a turbulent, unstable upbringing which led straight into fatherhood (my 1st Daughter being born on my 18th Birthday). While under pressure to provide and succeed I Did commit crimes. Please note that the Government concedes that these were non-violent in

Their nature, and most recieved probation or short county jail terms. I say this not to diminish or minimalize my history, but to highlight the fact that now at age 50 I have a chance to focus on myself without the duty or stress of supporting a family, with the help of family and friends I can work on building a rewarding legal life for myself, further my education. See a real doctor and dentist, expand my horizon in a way that will allow me to maintain my liberty and continue the process of making amends to my children and others I left behind when I suffered the consequences of my impulsive behaviours. My PSR states in #120 that I was diagnosed with impulse control disorders. And that this situation was left untreated I wonder where I would be now had things been different. I regret that I have broken the law and thus abandoned my family and friends.

    I have always tried to accept responsibility and not blame others, I have always plead guilty and accepted the courts mercy and judgement. I have never victimized anyone and my suffering has endowed me with a sense of empathy for humanity.

    There still remains a five year supervisionary period where the government will be able to monitor my progress (ie) urine samples, employment stability and housing

I have been continuously incarcerated since 9-27-2012 This is exactly 9 years, Except for the Leader of the Conspiracy all of the more culpable co-defendants are out and Living their Lives. There is much debate between the Government and myself about whether or Not credit for time served in California, for Conduct directly related to the instant offense is Deserved. The district court in it's opnion stated that the public would Not be "served by so drastic a sentence reduction" This idea is Also challenged in "US v. Kibble" 9 22 F.3d 326, 334 (4TH Circuit 2021) "A sentence Reduction is Not inconsistant with the 3553(A) factors solely because an incarcerated Person has only served a small portion of his sentence"

Even if the Government is correct in Denying me credit for time duly served and adjusts the starting date of my sentence to Dec 5th 2014 Allowing me 82 Months instead of the Actual 108 Months I have been in custody that Does Not Diminish the Lesson I have been Learning, the Losses I have had to Accept and the Growth that has occured During this period. I have struggled to Repair Relationships when possible and resigned myself to Doing the Groundwork and improving myself in hopes of Future Reconciliation. Making Amends and serving thoes I Loved and Lost as well as thoes who have Stood by me is the most Important Goal I have Now. My Children Are Adults Now and we All Deserve A Chance at A New beginning. My Greatest Fear is that I will become so Disabled As to become A burden once I Am Released The Keys to me Turning my health issues Around Are

NOT TO BE FOUND IN THE ISOLATION OF A CELL OR THE STRYOFOAM CONTAINER SERVED THROUGH A PORT IN THE CELL DOOR

There is Absolutly No Reason To believe THAT Requiring Me TO SERVE THE REMAINDER oF This SENTENCE Would FURTHER ACHieve The Goals oF SECTION 3553(A), IN FACT THE DETERIORIATING PhysicAl heAlth AND MENTAL AnguIsh CAuSed by This Suffering is excessive AND HARMFUL

Respectfully Submitted,
Joseph GUADAgnoli
Joseph Guadagnoli · 57064037
9/9/2021

Attachment I
Page 1 of 2

The Following is A Photocopy of A Newly Prescribed medicine For the Treatment of Gout. I have Never experienced This Disorder, Nor have I ever Felt Such Pain.

This Disorder is brought About by Sedentary Lifestyle, Obesity And Poor Diet.

by the Grace of This Court I might change All Three Factors And improve my Physical Condition with more exercize, Better Food And A Complete Lifestyle change

ATTACHMENT I

PAGE 2 of 2

**Central Fill Pharmacy-Pollock**     BEN-B41-127L

1000 AIRBASE RD, ADMIN BLDG, POLLOCK, LA 71467

**239715-CP1**    Ramsey, V, AGNP-BC   08/06/2021

GUADAGNOL, JOSEPH     57064-037



Take one tablet (0.6 MG) by mouth
three times daily on the first day –
then Take one tablet (0.6 MG) by
mouth twice daily until gout flare
resolved – stop taking once resolved

**Colchicine Tablet 0.6 MG**

**(0) Refills**    08/06/2021    PMM    Refill Until: 08/16/2021

**#21 TAB**     Don't Confiscate Before:    11/04/2021    16

CAUTION: Federal /State law prohibits transfer of this drug to any person other than patient for whom prescribed.



Do not take other
medicines without
checking with your
doctor or pharmacist.

Capsule-shaped
Purple G 02
TABLET

ATTACHMENT III

PAGE 1 of 4

Nobel Prize Winning Singer/Songwriter Bob Dylan is Recognized as a Master Poet as well as a Civil Rights icon. His music has inspired me from an early age, in fact it has taken up much space in the soundtrack of my life. As I wrote this appeal, a song came on my MP3 player a song I consider to be the anthem of compassion. It is abstract and multi-faceted.

Being absorbed in the task of constructing this document the song struck me in an emotional way I suddenly realized that compassion is not a legal construct. I attempted to find it's definition in BLACKS LAW DICTIONARY and it was not to be found, Websters Unabridged defines it Thus;

COMPASSION N. A feeling of deep sympathy and sorrow for another who is stricken by misfortune, accompanied by a strong desire to alleviate the suffering.

Many times previously I attempted to find, and failed to find the proper "Legalese" to sway the court. This does not mean that I do not merit compassion it means I am not a lawyer. One thing I did learn is that a compassionate release could be granted despite mandatory minimums, prior history, life sentences, or time remaining in a sentence. What matters is to connect with another human being with the authority and understanding to make a difference.

convey your plight, your Remorse, your Repentance, your Hopes and your Worth. I am suffering, I have Learned a lot in nine years and I beg your Honor to Allow me the opportunity to Build a better future. My situation, were I to Remain in this Environment is Bleak, at the same time the Prospect of success is at my fingertips, Provided that I take care to Fulfill the needs of a Healthy Body and Mind.

I hope I have conveyed my worth.

I understand this is unorthodox, I am Running out of options and words to express how Dire this is becomming.

9/7/21, 12:15 PM    Bob Dylan - A Hard Rain's A-Gonna Fall Lyrics | AZLyrics.com

"A Hard Rain's A-Gonna Fall" lyrics

# Bob Dylan Lyrics

## "A Hard Rain's A-Gonna Fall"

Oh, where have you been, my blue-eyed son?
And where have you been, my darling young one?
I've stumbled on the side of twelve misty mountains
I've walked and I've crawled on six crooked highways
I've stepped in the middle of seven sad forests
I've been out in front of a dozen dead oceans
I've been ten thousand miles in the mouth of a graveyard
And it's a hard, it's a hard, it's a hard, and it's a hard
It's a hard rain's a-gonna fall

Oh, what did you see, my blue-eyed son?
And what did you see, my darling young one?
I saw a newborn baby with wild wolves all around it
I saw a highway of diamonds with nobody on it
I saw a black branch with blood that kept drippin'
I saw a room full of men with their hammers a-bleedin'
I saw a white ladder all covered with water
I saw ten thousand talkers whose tongues were all broken
I saw guns and sharp swords in the hands of young children
And it's a hard, it's a hard, it's a hard, and it's a hard
It's a hard rain's a-gonna fall

And what did you hear, my blue-eyed son?
And what did you hear, my darling young one?
I heard the sound of a thunder, that roared out a warnin'
I heard the roar of a wave that could drown the whole world
I heard one hundred drummers whose hands were a-blazin'
I heard ten thousand whisperin' and nobody listenin'
I heard one person starve, I heard many people laughin'
Heard the song of a poet who died in the gutter
Heard the sound of a clown who cried in the alley
And it's a hard, it's a hard, it's a hard, it's a hard
It's a hard rain's a-gonna fall

Oh, what did you meet, my blue-eyed son?
Who did you meet, my darling young one?
I met a young child beside a dead pony
I met a white man who walked a black dog
I met a young woman whose body was burning
I met a young girl, she gave me a rainbow
I met one man who was wounded in love
I met another man who was wounded in hatred
And it's a hard, it's a hard, it's a hard, it's a hard
It's a hard rain's a-gonna fall

And what'll you do now, my blue-eyed son?
And what'll you do now, my darling young one?
I'm a-goin' back out 'fore the rain starts a-fallin'
I'll walk to the depths of the deepest dark forest
Where the people are many and their hands are all empty
Where the pellets of poison are flooding their waters
Where the home in the valley meets the damp dirty prison
And the executioner's face is always well hidden
Where hunger is ugly, where souls are forgotten
Where black is the color, where none is the number
And I'll tell and speak it and think it and breathe it
And reflect from the mountain so all souls can see it
And I'll stand on the ocean until I start sinkin'
But I'll know my song well before I start singin'
And it's a hard, it's a hard, it's a hard, and it's a hard
It's a hard rain's a-gonna fall


Thanks to Tim Coonahan, Lorin Mannella for correcting these lyrics.


Writer(s): Bob Dylan


**Copyright © 2000-2021 AZLyrics.com**

ATTACHment IV                    1 of 5

The Following Four pAges Represent
The EFFORTS OF OUR DentisT DR. Alessi who
Suggested A MOUTH GUARD TO PREVENT WEAR AND
TEAR on my Teeth. He SAiD iT WAS CRiTicAL TO
PROTECT FROM FURTHER EROSioN, AND suggested
iT might be A Symptom of STRESS AND ANXiETY
occuRing while Asleep.

The BoP HAS DENied his Request AND
I WAS iNFORMED THAT THE oNLY DENTAL cARe
I might expect WAS Emergency extRActiONS
I, hAs been 6 yEARS SiNce I hAVe hAD A
RoutiNe CleaNiNg oR exAMiNATioN. I hAVe
hAD oNe TooTh extRActed

ATTACHment IV     2 oF 5

BP-S148     **INMATE REQUEST TO STAFF** CDFRM
JUNE 10
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) DR ALESSI | DATE: 8.29.21 |
|---|---|
| FROM: Joseph GUADAgnol | REGISTER NO.: 57064-037 |
| WORK ASSIGNMENT: Rec II | UNIT: B4 Cell #126 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

I was hoping to get A copy of your Reccomendation for me to recieve service and the BOP's "Defferal" or DeniAl — I Am in the process of A Compassionate Release and Need to show that my Health CARE is limited — even when Good Professional Doctors see A Need For CARE the BOP is not Approving CARE That MATTERS And has A Quality of life Impact.     Thank You

(Do not write below this line)

DISPOSITION:

Need to make this request to medical records. I can not give you this information, but it is in your medical record and it can be requested through Medical records.

| Signature Staff Member _____ | Date 9/1/21 |
|---|---|

Record Copy - File; Copy - Inmate
PDF                              Prescribed by P5511

# Bureau of Prisons
## Health Services
### Dental Soap/Admin Encounter

| | | | |
|---|---|---|---|
| Inmate Name: GUADAGNOLI, JOSEPH | | | Reg #: 57064-037 |
| Date of Birth: ■■■■■ | Sex: M | Race: WHITE | Facility: BEN |
| Encounter Date: 07/28/2021 08:53 | Provider: Alessi, M. DDS | | Unit: B41 |

**Reviewed Health Status:** Yes

Sick Call Visit encounter performed at Dental Clinic.

**SUBJECTIVE:**

COMPLAINT **1**        Provider: Alessi, M. DDS

Chief Complaint:   Grinding Teeth

Subjective:   Wear of front teeth

**Pain Location:**   Tooth/Teeth

Pain Scale:   0

Pain Qualities:

History of Trauma:

Onset:   More Than 1 Year Ago

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**OBJECTIVE:**

**Dental Findings:**

Tooth

#8

Abnormal Finding(s) Noted (Clinical Observation/Findings)(yes)

Tooth

#9

Abnormal Finding(s) Noted (Clinical Observation/Findings)(yes)

Inmate presented to sick call with issue that his front teeth are wearing down. H&N exam WNL. OST WNL. Clinical exam revealed that #8 and #9 are wearing due to attrition. patient bites edge to edge. It had been suggested to him that a night guard may help. Plan: fabricate a night guard.

**ASSESSMENTS:**

Abrasion of teeth, K031 - Current - *Attrition 8 and 9*

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/28/2021 | 08:55 BEN | 98.7 | 37.1 | Forehead | Alessi, M. DDS |

**PROCEDURE:**

Dental Procedures

**Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| #8 | Examination, Limited | Completed |
| #9 | Examination, Limited | Completed |

| Inmate Name: GUADAGNOLI, JOSEPH | | | Reg #: 57064-037 |
|---|---|---|---|
| Date of Birth: ▮▮▮▮▮ | Sex: M | Race: WHITE | Facility: BEN |
| Encounter Date: 07/28/2021 08:53 | Provider: Alessi, M. DDS | | Unit: B41 |

## PROCEDURE:

Dental Procedures

### Dental Procedures In Process/Completed During This Encounter

| Tooth/Area | Procedure | Status |
|---|---|---|

### Procedures Added or Updated on the Dental Treatment Plan During This Encounter

| Tooth/Area | Procedure | Status |
|---|---|---|
| #8 | Occlusal Mouth Guard Fabrication | Not Started |

## PLAN:

### New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Dentistry | 09/28/2021 | 09/28/2021 | Routine | No | English |

    Subtype:

       RCD Review

    Reason for Request:

       Night guard.

    Provisional Diagnosis:

       49 yo white male.  Positive medical  H/O hypertension and hypothyroid.  Dx: severe attrition of #8 and #9 secondary to edge to edge bite.

    Additional Records Required for Consultation:

       Progress Note(s)

### Disposition:

Discharged to Housing Unit-No Restrictions

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/28/2021 | Counseling | Diagnosis | Alessi, M. | Verbalizes Understanding |
| 07/28/2021 | Counseling | Plan of Care | Alessi, M. | Verbalizes Understanding |

**Copay Required:** Yes     **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Alessi, M. DDS on 07/28/2021 09:23

# Bureau of Prisons
# Health Services
# Consultation Report

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Begin Date: 08/01/2019 | End Date: 09/09/2021 | Date Option: Date Ordered | Reg #: 57064-037 | | Inmate Name: GUADAGNOLI, JOSEPH | | |

Complex: N/A    Facility: N/A    Units: N/A    Current: Consultations for current inmates based on the criteria selected.

Status: N/A    Requestor: Alessi, M. DDS    Priority: N/A    Levels of Care: N/A

Consultation: Dentistry    Sub Type: N/A    Location: Onsite    Staff Consults: All    Regional Review Required: N/A

| Reg # | Inmate Name | Fac | QTR | Consultation | Subtype | Requestor | | Days to |
|---|---|---|---|---|---|---|---|---|
| Status | Order Date | | Scheduled Target Date | Scheduled Date | Sent Date | Results Date | DC Date | Complete |
| Priority | | | | Levels of Care | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 57064-037 | GUADAGNOLI, JOSEPH | BEN | B41 | Dentistry | RCD Review | Alessi, M. DDS | | |
| Disapproved | Ord:07/28/2021 | | Target: 09/28/2021 | Sched: | Sent: | Results: | DC: | |
| Routine | | | | Level of Care: Medically Necessary - Non-Emergent | | | | |

**Count:** 1

**Total Count:** 1

**Days to complete is calculated from the scheduled target date minus the results date.

Joseph Guadagnol, 57064-037
Federal "Correction" Institution
Box 52020
Bennettsville, S.C. 29512

INSPECTED

SEP 13 2021

**Federal Correctional Institution**
216 Muckerman Rd., Bennettsville, S.C. 29512
Date: 9-10-2021
The enclosed letter was processed through Special Mailing
             for forwarding to you. The letter has been
             d nor inspected. If the writer raises a question or problem over
             facility has jurisdiction, you may wish to return
             al for further information or clarificaiton.
             r enclosed correspondence for forwarding
to         addressee, please return the enclosure to the above address.

LEGAL
MAIL